UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                                    Criminal No. 08-cr-087-01-SM

<u>Jose Soler</u>

<u>O R D E R</u>

    A Motion for Joinder of this case, together with criminal cases 05-cr-160-01-PB and 05-cr-260-01-JD, was filed in the above-captioned case on July 29, 2008. The Motion for Joinder was subsequently granted by Judge Paul J. Barbadoro on July 31, 2008.

    Therefore, it is herewith ordered, that this case, along with 05-cr-160-01-PB are herewith reassigned to Judge DiClerico for the purpose of Plea and Sentencing. The Change of Plea Hearing for each case is scheduled for Thursday, August 14, 2008 at 2:30 PM.

    SO ORDERED.

August  5, 2008                                    <u>*/s/ Joseph A. DiClerico, Jr.*</u>
                                                          Joseph A. DiClerico, Jr.
                                                          United States District Judge

cc:    Jeffrey Levin, AFD
        Alfred Rubega, AUSA
        Clyde Garrigan, AUSA